EXHIBIT 1

# The Arbitration Tribunals of the American Arbitration Association
## INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

In the Matter of the Arbitration between

**CONSUMER SOFTWARE INTERNATIONAL, INC.**

Claimant,

and

**QUATRRO BPO SOLUTIONS PRIVATE LIMITED,**

Respondent.

**Subpoena Duces Tecum (Documents)**

FROM THE PEOPLE OF THE STATE OF NEW YORK

to  Google, Inc.
Custodian of Records
1600 Amphitheatre Parkway
Mountain View, CA 94043

c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

GREETING:

WE COMMAND YOU that, all business and excuses being laid aside, you and each of you appear and attend before

June Yeum, Esq. , arbitrator(s)

acting under the arbitration law of this state, at

American Arbitration Association | 150 East 42nd Street | Floor 17 | New York, NY 10017
(address)

on the 17th day of January, 2020, at 9:30 o'clock, to testify and give evidence in a certain arbitration, then and there to be held between the above entitled parties, and that you bring with you and produce certain documents, communications and ESI concerning or related to AdWords Accounts Nos. 920-260-6136 and 914-642-3014 (the "AdWords Accounts"), including but not limited to documents, communications and ESI concerning suspension or termination of the AdWords Accounts or any advertisment or activity associated with the AdWords Accounts now in your custody. *

Signed: _June Yeum_

Signed: _____
Arbitrator(s)

Requested by: Claimant

Mullen P.C. | Wesley Mullen, Esq. (NY Bar 4576716) (SDNY WM 1212)
Name of Representative

200 Park Avenue | Suite 1700 | New York, NY 10166
Address                                    Zip Code

(646) 632-3718 | wmullen@mullenpc.com
Telephone

Dated: November 7, 2019

Form G10 –11/89

*Pursuant to agreement of counsel, delivery of all responsive documents to the above-named counsel prior to the date and time of the hearing shall be sufficient to waive personal appearance at the hearing.