WESLEY M. MULLEN                                           MULLEN P.C.
                                                      THE METLIFE BUILDING
                                                  200 PARK AVENUE | SUITE 1700
                                                       NEW YORK, NY 10166


                                                            January 30, 2020

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

VIA CM/ECF

        Re:    Consumer Software Int'l, Inc. v. Google LLC,
               No. 19 CV 11164

Your Honor,

I represent Petitioner Consumer Software International, Inc. in
this Petition to enforce an arbitration subpoena (the "Subpoena")
to Respondent Google LLC ("Google").

Pursuant to Rules 1(A) and (D) of the Court's individual
practices, I write to request that Google's time to respond to
the Petition be extended to February 14, 2020.

The original date to respond to the Petition was December 31,
2019; the adjourned date is tomorrow, January 31, 2020. (See ECF
Doc. No. 8 (endorsement granting consent letter motion for
extension of time to respond); ECF Doc. No. 10 (same); ECF Doc.
No. 11 (consent letter motion for further extension).) The
length of the requested extension is two weeks.

The reason for the request is to allow additional time for the
Parties to resolve this matter by cooperation. I discussed this
request with Mr. Bleicher, counsel for Respondent. He consents.

Respectfully,

*/s/ Wesley M. Mullen*
Wesley M. Mullen

cc:    J. Roche, Esq. (via email to jroche@perkinscoie.com)
       M. Bleicher, Esq. (via email to mbleicher@perkinscoie.com)


                      MEMO ENDORSED

                      The Application is granted.

                      SO ORDERED:
                      */s/ Paul G. Gardephe*
                      Paul G. Gardephe, U.S.D.J.
                      Dated: Jan. 31, 2020

                                              WMULLEN@MULLENPC.COM | (646) 632-3718